IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JON COPELAND,** | : | **Case No.** 1:23-cv-01517 |
| Plaintiff, | : | Judge James S. Gwin |
| -vs- | : | |
| **RICHLAND COUNTY, OHIO/ RICHLAND COUNTY BOARD OF COMMISSIONERS,** *et al.*, | : : | |
| Defendants. | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MADISON CONRAD HOGIE ONLY

Now comes the Plaintiff, Jon Copeland, by and through counsel, and hereby provide notice of the voluntary dismissal, with prejudice, of Defendant Madison Conrad Hogie only. Plaintiff preserves all rights and claims against Defendant Advanced Correctional Healthcare, Inc. and all other remaining Defendants.

Respectfully submitted,

*/s/ J.C. Ratliff*

**J.C. Ratliff** (0027898)
**Rocky Ratliff** (0089781)
**Kyle Phillips** (0101185)
RATLIFF LAW OFFICE
200 West Center Street
Marion, Ohio 43302
Telephone: 740.383.6023
Facsimile: 740.383.2066
Email: attorney.ratliff@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via ☐ Regular U.S. Mail; ☐Electronic Mail (email); ☐ Facsimile; ☐ Clerk's Electronic Filing System; or ☒ PACER CM/ECF System on Thursday, September 5, 2024 upon the following:

**David A. Riepenhoff** (0075089)
FISHEL DOWNEY ALBRECHT & RIEPENHOFF
7775 Walton Parkway, Suite 200
New Albany, OH 43054
Email: ddowney@fisheldowney.com
driepenhoff@fisheldowney.com

*Counsel for Defendants Richland County, Ohio/Richland County Board of Commissioners, J. Steve Sheldon; Captain Chris Blunk C/O Richland County Jail, Deputy Christy Dorsey C/O Richland County Sheriff's Office, and Deputy Eric Brumbaugh C/O Richland County Sheriff's Office*

**Brian T. Gannon** (0077442)
**Jonathan H. Krol** (0088102)
REMINGER CO., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
Email: bgannon@reminger.com
jkrol@reminger.com

*Attorneys for Defendants Advanced Correctional Healthcare, Inc., Chuka Onyeneke, MD, Kelly Weaver, LPN, Christina Williams, LPN, and Christopher Smith, LPN*

**James A. Climer** (0001532)
**John D. Pinzone** (0075279)
**Zachary W. Anderson** (0095921)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
Email: jclimer@mrrlaw.com
jpinzone@mrrlaw.com
zanderson@mrrlaw.com

*Counsel for Defendant Madison Conrad Hogie, RN*

**Mary McWilliams Dengler** (0034635)
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 West Broad Street, Suite 1950
Columbus, Ohio 43215
Email: mdengler@dmclaw.com

*Counsel for Defendants Catalyst Life Services and Angela Riley, LSW*

J.C. Ratliff (0027898)
Rocky Ratliff (0089781)
Kyle Phillips (0101185)