## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JON COPELAND, | ) | CASE NO.: 1:23-CV-1517 |
| | ) | |
| PLAINTIFFS, | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| RICHLAND COUNTY/RICHLAND | ) | ORDER |
| COUNTY BOARD OF COMMISSIONERS | ) | |
| et al., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Upon representation of counsel and parties that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Parties are to file any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action as directed. Any such order shall supersede this order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).


Dated: September 12, 2024     s/  *James S. Gwin*
             JAMES S. GWIN
             UNITED STATES DISTRICT JUDGE